## IN RE JENISON.

No. 238. Decided October 14, 1963.

*John S. Connolly* for petitioner.

*Walter F. Mondale,* Attorney General of Minnesota, and *Charles E. Houston,* Solicitor General, for the State of Minnesota.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment is vacated and the case is remanded to the Supreme Court of Minnesota for further consideration in light of *Sherbert* v. *Verner,* 374 U. S. 398.

## JOHNSON *v.* WILKINS, WARDEN.

No. 141, Misc. Decided October 14, 1963.

Appellant *pro se.*

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.